UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIDELINA SANTANA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-1578 (ABJ) |
| LEILA FOODS, INC. *d/b/a* FLAMERS GRILL, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiffs Fidelina Santana and Antonio Aguilar Martinez have brought this case against defendants Leila Foods, Inc., Abdul Alderazi, Haifa Foods, and Haifa Alderazi, alleging that defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the D.C. Minimum Wage Law, D.C. Code § 32-1001 *et seq.*, and the D.C. Payment & Collection of Wages Law, D.C. Code § 32-1301 *et seq.* 2d Am. Compl. [Dkt. # 13] ¶ 1. The parties engaged in a successful settlement conference with a Magistrate Judge, and plaintiff Martinez and defendants now jointly move for Court approval of their settlement agreement. *See* Am. Joint Mot. to Approve Settlement of Pl. Martinez's Claims [Dkt. # 24] ("Jt. Mot."). Though defendants deny liability, Jt. Mot. ¶ 2, the agreement calls for plaintiff Martinez to receive a total of $591.41, and for his counsel to receive $3,250.00 in attorneys' fees and costs. Jt. Mot. ¶¶ 5–6. Notwithstanding the parties'

repeated misstatements of their own arithmetic[1], it is the Court's understanding that plaintiff will receive 1.75 times the amount of wages that he claims he is owed (or 175%).

In light of all of the circumstances presented, it is hereby

**ORDERED** that the Amended Joint Motion [Dkt. # 24] is **GRANTED**; it is

**FURTHER ORDERED** that the Joint Motion [Dkt. # 20] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that the settlement of plaintiff Martinez's claims is approved.

**SO ORDERED**.

/s/ Amy B Jackson
AMY BERMAN JACKSON
United States District Judge

DATE:  March 23, 2016

---

1   In the parties' original motion to approve the settlement, the parties represented that plaintiff would receive 1.75% of the wages he alleged he was owed, which equals only $1.75 for every $100 that he is allegedly owed. *See* Joint Mot. to Approve Settlement of Pl. Martinez's Claims [Dkt. # 20] ¶ 5. The Court held a teleconference with the parties to discuss the motion, and the parties represented that what they meant in paragraph 5 was that plaintiff would receive 1.75 times, or 175%, of the wages he claims he was owed. *See* Min. Entry (Mar. 22, 2016). They filed an amended joint motion, but in that pleading, the parties jointly erroneously stated that plaintiff will receive 100.75% of the wages owed to him. Jt. Mot. ¶ 5.