UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                          )
FIDELINA SANTANA, et al.,                 )
                                          )
              Plaintiffs,                 )
                                          )
       v.                                 )   Civil Action No. 15-1578 (ABJ)
                                          )
LEILA FOODS, INC.                         )
d/b/a FLAMERS GRILL, et al.,              )
                                          )
              Defendants.                 )
                                          )
```

## ORDER

Plaintiffs Fidelina Santana and Antonio Aguilar Martinez brought this case against defendants Leila Foods, Inc., Abdul Alderazi, Haifa Foods, and Haifa Alderazi, alleging that defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the D.C. Minimum Wage Law, D.C. Code § 32-1001 *et seq.*, and the D.C. Payment & Collection of Wages Law, D.C. Code § 32-1301 *et seq.*  2d Am. Compl. [Dkt. # 13].  Plaintiff Martinez settled his claims against defendants earlier this year, *see* Order (Mar. 23, 2016) [Dkt. # 25], and the parties have now jointly moved for Court approval of a settlement agreement of plaintiff Santana's claims.  Joint Mot. to Approve Settlement of Pl. Santana's Claims & Stay All Deadlines [Dkt. # 30] ("Joint Mot."). Though defendant deny liability, *id.* ¶ 2, the agreement calls for plaintiff Santana to receive a total of $8,200.00, and for her counsel to receive $16,800.00 in attorneys' fees and costs.  *Id.* ¶¶ 6–7. Plaintiff Santana will receive 1.04 times the amount of wages that she claims she is owed (or 104%).  *Id.* ¶ 6.  The settlement will be paid in three installments, and will be paid in full by November 30, 2016.  *Id.* ¶ 11.

In light of all of the circumstances, it is hereby

**ORDERED** that the Joint Motion [Dkt. # 30] is **GRANTED**; it is

**FURTHER ORDERED** that the settlement of plaintiff Santana's claims is approved; it is

**FURTHER ORDERED** that the parties' discovery disputes are no longer referred to Magistrate Judge Robinson, and that the settlement conference currently scheduled for September 6, 2016 before Judge Robinson is hereby **VACATED**; and it is

**FURTHER ORDERED** that plaintiff shall a status report on December 2, 2016, if the matter has not been dismissed by that date.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: August 26, 2016