IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIDELINA SANTANA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:15-cv-01578 (ABJ) |
| LEILA FOOD, INC., et al., | |
| Defendants. | |

## JOINT LINE OF DISMISSAL

Come now Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby dismiss this action.

Respectfully submitted:

FOR PLAINTIFFS:

_____/s/_____
Daniel A. Katz, Esq. Bar No. 447412

Lucy B. Bansal, MD Bar No. 06639
The Law Offices of
Gary M. Gilbert & Associates
110 Wayne Ave., Suite 900
Silver Spring, MD 20910
(301) 608-0880
Fax: (301) 608-0881
dkatz@ggilbertlaw.com
lbansal@ggilbertlaw.com

FOR DEFENDANTS:

_____/s/_____
James T. Bacon, Esq. (Bar No. #416209)
ALLRED, BACON,
HALFHILL & YOUNG, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 352-1300
Fax: (703) 352-1301
jbacon@abhylaw.com